FILED '09 JUN 03 13:23 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

SHAWN HIX,

                  **Plaintiff,**

      v.                                Civil No.: 09-3016-TC

DEBORAH MAK, et al.

                  **Defendants.**

## FINDINGS AND RECOMMENDATION

Plaintiff was ordered on March 11, 2009, to file an amended complaint within 30 days of this court's order dismissing plaintiff's initial complaint. The court extended the deadline for filing an amended complaint to May 5, 2009, based upon plaintiff changing his mailing address. The Court further issued an order to show cause on May 11, 2009, allowing plaintiff until May 28, 2009, to show cause why this action should not be dismissed for failure to prosecute and failure to comply with a court order. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: June 3, 2009.

                                            United States Magistrate Judge

FINDINGS AND RECOMMENDATION