FILED '09 JUL 06 10:30 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAWN HIX,                        )
                                  )
          Plaintiff,              )
                                  )  Civil No. 09-3016-TC
     v.                           )
                                  )  ORDER
DEBORAH MAK, et al.,              )
                                  )
          Defendants.             )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on June 3, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This action is dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

DATED this _____2nd_____ day of July, 2009.

_____
United States District Judge

2    - ORDER